IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

UNITED STATES OF AMERICA                    PLAINTIFF/RESPONDENT

v.                    Crim. No. 07-60006

SHAWN SARVER                                  DEFENDANT/MOVANT

## ORDER

Now on this 9th day of May, 2012, there comes on for consideration the reports and recommendations filed herein on June 21, 2011 (doc. 48); January 13, 2012 (doc. 51) and March 20, 2012 (doc. 55), by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. The parties have not filed any objections to the report and recommendation.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The reports and recommendations are proper and should be and hereby are adopted in their entirety. Accordingly, the Motion for Clarification (doc. 42) is DENIED and DISMISSED WITH PREJUDICE; the Motion to Vacate and Order Release (doc. 47) is DENIED and DISMISSED WITH PREJUDICE; and the Petition for Writ of Habeas Corpus (doc. 52) deemed as a §2255 motion is DENIED and DISMISSED WITH PREJUDICE. Further, pursuant to 28 U.S.C. § 1915(a), an appeal from these dismissals would not be taken in good faith.

IT IS SO ORDERED.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge